UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PEDRO MIGUEL LIMON (1),<br><br>　　　　　　　　　　　　　Defendant. | Case No.: 22-cr-2277-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On October 19, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for November 7, 2022 to January 13, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 21] and sets the Motion Hearing/Trial Setting on January 13, 2023 at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//
//

Further, on October 19, 2022, the Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from October 19, 2022 to January 13, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 10/26/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE