UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>PEDRO MIGUEL LIMON,<br><br>                                    Defendant. | Case No.:  22-cr-2277-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On February 28, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for March 3, 2023 to May 5, 2023.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 27] and sets the Motion Hearing/Trial Setting on May 5, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

22-cr-2277-JO

1     Further, on October 19, 2022, the Defendant filed a pretrial motion that remains

2   pending.  Accordingly, the Court finds that time from October 19, 2022 to May 5, 2023

3   shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.

4   18 U.S.C. § 3161(h)(1)(D).

5     The parties are instructed to appear in person at the hearing on May 5, 2023, and to

6   be prepared to discuss the progress of discovery and the setting of a trial date.

7     IT IS SO ORDERED.

8   Dated:_____3/1/23_____      _____

9                                                      Hon. Jinsook Ohta
                                                       UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

22-cr-2277-JO